UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |
|---|---|
| THE UNITED STATES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 23-00040 |
| FORTUNE ENERGY, INC. D/B/A FORTUNE ENERGY USA AND/OR FORTUNE ENERGY WHOLESALE LLC, | ) |
| Defendant. | ) |

## JOINT MOTION TO STAY

Pursuant to Rule 7(b) of the Rules of the United States Court of International Trade, plaintiff, the United States, and defendants, Fortune Energy, Inc. D/B/A Fortune Energy USA and/or Fortune Energy Wholesale LLC (collectively, Fortune Energy), respectfully request that the Court stay all proceedings in this case for a period of 30 days. The parties have made significant progress towards a global settlement of this litigation, but detailed discussions are required to negotiate key terms, the details of potential payments, confirm data, and ensure regulatory compliance. This stay is expected to allow the parties to perform this work and reach a final settlement agreement.

The parties respectfully submit that good cause exists to grant the requested stay. The parties propose to report their progress to the Court in a joint status report on or before April 19, 2024, at which point the parties will either (1) ask the Court to dismiss this action pursuant to a settlement agreement, (2) detail their progress towards a settlement and ask this Court for more time to finalize the settlement, or (3) ask this Court to lift the stay and propose new dates for

completing discovery and proceeding to trial. For the foregoing reasons, we respectfully request that the Court grant our joint motion to stay proceedings.

Dated: March 20, 2024                                        Respectfully and jointly submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

By: /s/ Franklin E. White Jr. for Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

Of Counsel:
EDWARD GREENWALD
Office of the Assistant Chief Counsel
U.S. Customs and Border Protection

/s/ Augustus Golden
AUGUSTUS GOLDEN
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone:    (202) 507-6089
Facsimile:    (202) 307-0972
Augustus.J.Golden@usdoj.gov

*Attorneys for Plaintiff United States*

/s/ Simran Tiwana, Esq
SIMRAN S. TIWANA
LEAH S. SCHOEN
The Green Law Group
1777 E Los Angeles Avenue
Simi Valley, CA 93065
Phone: (805) 306-1100
Fax: (805) 306-1300
Email: simran@thegreenlawgroup.com
leah@thegreenlawgroup.com

*Counsel for Defendant, Fortune Energy, Inc.*

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| THE UNITED STATES, | ) ) ) ) |
| Plaintiff, | ) ) Case No. 23-00040 |
| v. | ) ) |
| FORTUNE ENERGY, INC. D/B/A FORTUNE ENERGY USA AND/OR FORTUNE ENERGY WHOLESALE LLC, | ) ) ) ) ) |
| Defendant. | ) ) |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY**

Pursuant to United States Court of International Trade (USCIT) Rule 7, and this Court's inherent authority, the parties' March 20, 2024 joint motion to stay all proceedings for 30 days is **GRANTED**. Accordingly, **IT IS ORDERED** that:

1. All proceedings and deadlines in this matter are stayed.

2. The parties shall file a joint status report on or before April 19, 2024. In that report, the parties will state their progress towards settling this matter and, if a settlement is not possible, propose dates for (A) responding to pending discovery requests, (B) the close of discovery, and (C) proceeding to trial.

_____
Claire R. Kelly, Judge

Dated: _____
New York, New York