UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

_____
                                            )
                                            )
THE UNITED STATES,                          )
                                            )
         Plaintiff,                       )
                                            )  Case No. 23-00040
         v.                               )
                                            )
FORTUNE ENERGY, INC.                        )
D/B/A FORTUNE ENERGY USA                    )
AND/OR FORTUNE ENERGY                       )
WHOLESALE LLC,                              )
                                            )
         Defendant.                       )
_____)

## JOINT STATUS REPORT

Pursuant to this Court's March 21, 2024 order (ECF No. 21), the parties hereby jointly submit this report to the Court.

The parties have continued to engage in good faith settlement discussions and are working diligently towards potential resolution of this matter. The parties report that their efforts towards a global settlement of this litigation have been productive. The parties have met and conferred multiple times since their joint motion to stay (ECF No. 20 (Mar. 20, 2024)), and have made progress towards a settlement. The parties continue to discuss key terms of a potential settlement and anticipate that there will be an official written offer of settlement soon. Once that has been received, counsel for plaintiff requires time to pursue the appropriate internal review process, including preparing and revising a memorandum to recommend settlement of this matter to the authorized Department of Justice representative.

For the foregoing reasons, the parties respectfully propose that (1) the deadlines in this case continue to be stayed (*see* ECF No. 21), and (2) the parties file another status report on June 18, 2024, advising the Court as to their progress in resolving this matter.

Dated: April 19, 2024                                             Respectfully and jointly submitted,


                                                      BRIAN M. BOYNTON
                                                      Principal Deputy Assistant Attorney General

                                                        PATRICIA M. McCARTHY
                                                        Director

                                                  By: /s/ Justin R. Miller
                                                          JUSTIN R. MILLER
                                                          Attorney-In-Charge
                                                          International Trade Field Office

Of Counsel:                                      /s/ Augustus Golden
EDWARD GREENWALD                   AUGUSTUS GOLDEN
Office of the Assistant Chief Counsel      Trial Attorney
U.S. Customs and Border Protection       Department of Justice, Civil Division
                                                              Commercial Litigation Branch
                                                              Civil Division
                                                              U.S. Department of Justice
                                                              P.O. Box 480
                                                             Ben Franklin Station
                                                             Washington, D.C.  20044
                                                             Telephone:   (202) 507-6089
                                                             Facsimile:    (202) 307-0972
                                                             Augustus.J.Golden@usdoj.gov

                                                            *Attorneys for Plaintiff United States*

                                                            /s/ Simran Tiwana, Esq
                                                            SIMRAN S. TIWANA
                                                            LEAH S. SCHOEN
                                                            The Green Law Group
                                                            1777 E Los Angeles Avenue

Simi Valley, CA 93065
Phone: (805) 306-1100
Fax: (805) 306-1300
Email: simran@thegreenlawgroup.com
leah@thegreenlawgroup.com

*Counsel for Defendant, Fortune Energy, Inc.*

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| THE UNITED STATES, | ) ) ) ) |
| Plaintiff, | ) ) ) Case No. 23-00040 |
| v. | ) ) |
| FORTUNE ENERGY, INC. D/B/A FORTUNE ENERGY USA AND/OR FORTUNE ENERGY WHOLESALE LLC, | ) ) ) ) ) |
| Defendant. | ) ) |

**[PROPOSED] ORDER**

Upon consideration of the parties' joint status report filed on April 19, 2024, ECF No. 22, it is

**ORDERED** that all further proceedings in this matter are stayed for 60 days; and it is further

**ORDERED** that the parties shall file a joint status report on or before Tuesday, June 18, 2024.

_____
Claire R. Kelly, Judge

Dated: _____
New York, New York

4