## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |
|---|---|
| THE UNITED STATES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 23-00040 |
| FORTUNE ENERGY, INC. D/B/A FORTUNE ENERGY USA AND/OR FORTUNE ENERGY WHOLESALE LLC, HAILIAN HE, AND QI MENG, | ) |
| Defendants. | ) |

### JOINT STATUS REPORT

Pursuant to this Court's December 10, 2024 order (ECF No. 32), the parties hereby jointly submit this report to the Court.

The parties' December 9, 2024 joint status report (ECF No. 31) stated that the parties were working diligently towards a global settlement of this litigation, that counsel for defendant had recently disclosed that Fortune Energy, Inc. (Fortune) was dissolved as a corporate entity, that Ms. Hailian He—the owner of Fortune—and Mr. Qi Meng—the CEO and President of Fortune—had offered to accept joint and severable personal liability to resolve the United States' claims on behalf of Fortune, and that the United States would file an unopposed motion for leave to amend the complaint to add Ms. He and Mr. Meng as defendants in this action.

The United States filed its unopposed motion for leave to amend the complaint on December 24, 2024, which was granted on December 26, 2024. *See* ECF Nos. 33, 34. The

parties report that all defendants have timely returned signed waivers of service for the amended complaint to plaintiff.

The parties further report that they have finalized and signed a settlement agreement. Defendants have now begun fulfilling their obligations under the terms of that agreement. The parties anticipate that defendants will satisfy their obligations on or by May 30, 2025. Once the terms of the settlement agreement have been fulfilled, the United States intends to promptly stipulate to dismissal of this matter.

For the foregoing reasons, the parties respectfully propose that (1) the deadlines in this case continue to be stayed (*see* ECF Nos. 21, 23, 25, 27, 29, 32), and (2) the parties file another status report on March 21, 2025, advising the Court as to their progress in resolving this matter, unless the United States has already moved to dismiss this matter.

Dated: February 7, 2025

Respectfully and jointly submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

By: /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

Of Counsel:
EDWARD GREENWALD
Office of the Assistant Chief Counsel
U.S. Customs and Border Protection

/s/ Augustus Golden
AUGUSTUS GOLDEN
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station

Washington, D.C. 20044
Telephone: (202) 507-6089
Facsimile: (202) 307-0972
Augustus.J.Golden@usdoj.gov

*Attorneys for Plaintiff United States*

/s/ Simran Tiwana, Esq
SIMRAN S. TIWANA
LEAH S. SCHOEN
The Green Law Group
1777 E Los Angeles Avenue
Simi Valley, CA 93065
Phone: (805) 306-1100
Fax: (805) 306-1300
Email: simran@thegreenlawgroup.com
leah@thegreenlawgroup.com

*Counsel for Defendant, Fortune Energy, Inc.*