## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
### BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| THE UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>FORTUNE ENERGY, INC.<br>D/B/A FORTUNE ENERGY USA<br>AND/OR FORTUNE ENERGY<br>WHOLESALE LLC, HAILIAN HE,<br>AND QI MENG,<br><br>　　　　　　Defendants. | Case No. 23-00040 |

## JOINT STATUS REPORT

Pursuant to this Court's February 7, 2025 order (ECF No. 37), the parties hereby jointly submit this report to the Court.

The parties' February 7, 2025 joint status report (ECF No. 36) stated that the parties had finalized and signed a settlement agreement, that defendants had begun fulfilling their obligations under the terms of that agreement, and that such obligations should be satisfied on or by May 30, 2025.

The parties hereby report that defendants have continued to fulfil their obligations under the terms of the settlement agreement. The parties still anticipate that defendants will finish satisfying their obligations on or by May 30, 2025. Once the terms of the settlement agreement have been fulfilled, the United States intends to promptly stipulate to dismissal of this matter.

Thus, the parties respectfully propose that (1) the deadlines in this case continue to be stayed (*see* ECF Nos. 21, 23, 25, 27, 29, 32, 37), and (2) the parties file another status report on June 11, 2025, unless the United States has already moved to dismiss this matter.

Dated: March 21, 2025                                   Respectfully and jointly submitted,

                                                        YAAKOV M. ROTH
                                                        Acting Assistant Attorney General

                                                        PATRICIA M. McCARTHY
                                                        Director

                                                    By: /s/ Justin R. Miller
                                                        JUSTIN R. MILLER
                                                        Attorney-In-Charge
                                                        International Trade Field Office

Of Counsel:                                             /s/ Augustus Golden
EDWARD GREENWALD                                        AUGUSTUS GOLDEN
Office of the Assistant Chief Counsel                   Trial Attorney
U.S. Customs and Border Protection                      Department of Justice, Civil Division
                                                        Commercial Litigation Branch
                                                        Civil Division
                                                        U.S. Department of Justice
                                                        P.O. Box 480
                                                        Ben Franklin Station
                                                        Washington, D.C.  20044
                                                        Telephone:    (202) 305-5915
                                                        Facsimile:    (202) 307-0972
                                                        Augustus.J.Golden@usdoj.gov

                                                        *Attorneys for Plaintiff United States*

                                                        /s/ Simran Tiwana, Esq
                                                        SIMRAN S. TIWANA
                                                        LEAH S. SCHOEN
                                                        The Green Law Group
                                                        1777 E Los Angeles Avenue
                                                        Simi Valley, CA 93065
                                                        Phone: (805) 306-1100
                                                        Fax: (805) 306-1300
                                                        Email: simran@thegreenlawgroup.com

                                        leah@thegreenlawgroup.com

                                        *Counsel for Defendant, Fortune Energy, Inc.*