IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |
|---|---|
| THE UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 23-00040 |
| v. ) | |
| ) | |
| FORTUNE ENERGY, INC. ) | |
| D/B/A FORTUNE ENERGY USA ) | |
| AND/OR FORTUNE ENERGY ) | |
| WHOLESALE LLC, HAILIAN HE, ) | |
| AND QI MENG, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, and the terms of the settlement agreement executed by the parties on January 10, 2025, the parties hereby stipulate to the dismissal of this matter with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Dated: May 29, 2025

Respectfully and jointly submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

By: /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

2

Of Counsel:
EDWARD GREENWALD
Office of the Assistant Chief Counsel
U.S. Customs and Border Protection

06/04/2025

AUGUSTUS GOLDEN
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone:    (202) 305-5915
Facsimile:    (202) 307-0972
Augustus.J.Golden@usdoj.gov

*Attorneys for Plaintiff*

DATED:
06/04/2025

SIMRAN S. TIWANA
LEAH S. SCHOEN
The Green Law Group
1777 E Los Angeles Avenue
Simi Valley, CA 93065
Phone: (805) 306-1100
Fax: (805) 306-1300
Email: simran@thegreenlawgroup.com
leah@thegreenlawgroup.com

*Attorneys for Defendants*

## ORDER OF DISMISSAL

This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed with prejudice. Each party shall bear its own costs, attorneys' fees, and expenses.

Date:                              Clerk, U. S. Court of International Trade

_____
Deputy Clerk

3